MINUTE ENTRY
MILAZZO, J.
JULY 12, 2022

JS-10: 03:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "H" (5)
)
THIS DOCUMENT RELATES TO: )
All Cases

# MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER: Sherry Adams
COURT REPORTER: Toni Tusa
LAW CLERK: Brittany Flanders

On July 12, 2022, the Court held a show cause hearing. Certain participants appeared in person: Claire Kreider and Palmer Lambert for Plaintiffs, and Nicholas Insogna, Kelly Brilleaux, Brenda Sweet, and Jordan Baehr for Defendants. Other participants appeared by video and by telephone.

**IT IS ORDERED** that the cases listed on the attached "Declaration of No Contact List," the "Stipulation of Dismissal List," and the "Statement of No Defense List" are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel.

**IT IS FURTHER ORDERED** that the cases on the attached "Dismissal List" are **DISMISSED WITH PREJUDICE** for the reasons stated on the record.



July 12, 2022
Declaration of No Contact List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Bell | Dana | 2:18-cv-09250 | CMO-12A - Lack of Product ID | Both Sanofi and 505 | Pulaski Law Firm | 7/6/2022 | 14374 |

| Not Included on 6/28/2022 Notice of Non Compliance (Rec. Doc. 14331) |||||||||
|---|---|---|---|---|---|---|---|---|
| 2 | Anderson | Patricia | 2:16-cv-17408 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 6/7/2022 | 14267 |
| 3 | Nelson | Hilda | 2:18-cv-07706 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 6/7/2022 | 14269 |
| 4 | Peterson | Kirsten | 2:17-cv-15928 | Counsel Filed Declaration of No Contact | N/A | Allen & Nolte | 6/1/2022 | 14253 |
| 5 | Prokop | Victoria | 2:19-cv-09335 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 6/7/2022 | 14268 |
| 6 | Miseray-Bennett | Sharon | 17-cv-16741 | Shell PFS | Sanofi | Bachus & Schanker, LLC | 7/11/2022 | 14409 |

July 12, 2022
Stipulation of Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Hale | Frances | 2:17-cv-11928 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi | Wendt Law Firm, P.C. | 7/5/2022 | 14354 |
| 2 | Heim | Gale | 2:18-cv-05707 | Plaintiff is deceased; need proper parties substituted | Sanofi | Robins Kaplan LLP | 7/5/2022 | 14353 |

July 12, 2022
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Engle | Deborah | 2:18-cv-12544 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi | Atkins & Markoff | 7/6/2022 | 14382 |
| 2 | Miyose | Vesta | 2:17-cv-10473 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi | Bachus & Schanker, LLC | 7/6/2022 | 14386 |
| 3 | Orr | Gloria | 2:19-cv-14509 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi | Fears | Nachawati | 7/5/2022 | 14359 |
| 4 | Riddle | Shannon | 2:17-cv-15940 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Both Sanofi and 505 | Baron & Budd | 7/6/2022 | 14361 |
| 5 | Aaron | Patti | 17-cv-16837 | No Proof of Use | Sanofi | Bachus & Schanker, LLC | 7/11/2022 | 14405 |

Dismissal List

| # | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 1 | Crudup | Mary | Bernstein Leibhard LLP | 2:21-cv-02169 |
| 2 | Doering | Bonnie | Bruno & Bruno, LLP | 2:17-cv-06245 |
| 3 | Barbour | Lanette | Kagan Legal Group | 2:18-cv-11545 |
| 4 | Spradley | Diane | McCollum & Griggs, LLC | 2:17-cv-16812 |
| 5 | Little | Evangeline | Jones Ward PLC | 2:16-cv-17022 |
| 6 | Jones | Karen | Lemmon Law Firm | 2:18-cv-10950 |
| 7 | Exinor | Viedline | Davis & Crump, P.C. | 2:20-cv-00011 |
| 8 | Koontz | Laura | Davis & Crump, P.C. | 2:18-cv-02359 |
| 9 | Gissendanner | Erica | Gibbs Law Group LLP | 2:19-cv-14025 |
| 10 | Green | Gilda | Gibbs Law Group LLP | 2:17-cv-12400 |
| 11 | Henly | Debra | Gibbs Law Group LLP | 2:17-cv-09604 |
| 12 | English-Pagan | Emma | Johnson Becker | 2:17-cv-06910 |
| 13 | Frederick-Sorak | Brenda | Johnson Becker | 2:17-cv-15716 |
| 14 | Candy-Hall | Louise | Gainsburgh Benjamin | 2:20-cv-00134 |
| 15 | Fee | Edith | MacArthur, Heder, & Metler | 2:20-cv-03130 |
| 16 | Jackson | Darla | MacArthur, Heder, & Metler | 2:20-cv-02522 |
| 17 | Jones-Rucker | Patricia | MacArthur, Heder, & Metler | 2:20-cv-00945 |
| 18 | Santos | Margarita | MacArthur, Heder, & Metler | 2:20-cv-02938 |
| 19 | Watkins | Patricia | Atkins & Markoff | 2:16-cv-17307 |
| 20 | Sanders | Arlanda | McSweeney/Langevin LLC | 2:20-cv-00486 |
| 21 | Townsend | Laura | McSweeney/Langevin LLC | 2:21-cv-00269 |
| 22 | Pellonari | Denise | Lowe Law Group | 2:17-cv-15344 |

| 23 | Aldridge | Brenda | Lowe Law Group | 2:18-cv-05793 |
|---|---|---|---|---|
| 24 | Blackshell | Diane | Lowe Law Group | 2:18-cv-10971 |
| 25 | Boutwell | Joyce | Lowe Law Group | 2:17-cv-09146 |
| 26 | Holland | Patricia | Lowe Law Group | 2:18-cv-11162 |
| 27 | Ragland | Kathleen | Lowe Law Group | 2:18-cv-08180 |
| 28 | Bentley | Carolyn | Pendley, Baudin & Coffin | 2:17-cv-13659 |
| 29 | Hewitt | Shar-Ron | Pendley, Baudin & Coffin | 2:17-cv-13550 |
| 30 | Henderson | Frances | Pulaski Law Firm, PLLC | 2:17-cv-13105 |
| 31 | Howell | Teresa (Elvira) | Pulaski Law Firm, PLLC | 2:20-cv-03333 |
| 32 | Lee | Wanda | Pulaski Law Firm, PLLC | 2:19-cv-13866 |
| 33 | Moultry | Lydia | Pulaski Law Firm, PLLC | 2:19-cv-13885 |
| 34 | Peters | Janey | Pulaski Law Firm, PLLC | 2:19-cv-13875 |
| 35 | Riley | Dana | Pulaski Law Firm, PLLC | 2:17-cv-16018 |
| 36 | Stefanski | Beverly | Pulaski Law Firm, PLLC | 2:18-cv-09633 |
| 37 | Allis | Beverly | Marc J. Bern & Partners LLP; Cordisco Corr, LLC | 2:18-cv-00778 |
| 38 | Bieksza | Linda | Marc J. Bern & Partners LLP | 2:18-cv-00781 |
| 39 | Cozza | Francesca | Marc J. Bern & Partners LLP | 2:18-cv-03442 |
| 40 | Dennis | Patricia | Marc J. Bern & Partners LLP | 2:18-cv-11715 |
| 41 | Dukes | Patricia | Marc J. Bern & Partners LLP | 2:18-cv-12678 |
| 42 | Frazier Deena | Jeanette | Marc J. Bern & Partners LLP | 2:18-cv-08833 |
| 43 | Gibb | Victoria | Marc J. Bern & Partners LLP | 2:18-cv-11914 |
| 44 | Green | Patricia | Marc J. Bern & Partners LLP | 2:17-cv-10752 |
| 45 | Massino | Mary | Marc J. Bern & Partners LLP | 2:18-cv-08304 |

| | | | | |
|---|---|---|---|---|
| 46 | Meredith | Mary | Marc J. Bern & Partners LLP | 2:18-cv-11611 |
| 47 | Molt | Loretta | Marc J. Bern & Partners LLP | 2:17-cv-08883 |
| 48 | Robinson | Terry | Marc J. Bern & Partners LLP | 2:18-cv-09089 |
| 49 | Smith | Shari | Marc J. Bern & Partners LLP | 2:18-cv-13135 |
| 50 | Brown | Joan | Bachus & Schanker, LLC | 2:18-cv-12381 |
| 51 | Elder | Nioka | Bachus & Schanker, LLC | 2:17-cv-08232 |
| 52 | Mills | Connie | Bachus & Schanker, LLC | 2:17-cv-16939 |
| 53 | Pluguez | Luz | Bachus & Schanker, LLC | 2:18-cv-01393 |
| 54 | Thomas | Mary | Bachus & Schanker, LLC | 2:18-cv-13491 |
| 55 | American | Vereece | Bachus & Schanker, LLC | 2:20-cv-00592 |
| 56 | Atkinson | Mary | Bachus & Schanker, LLC | 2:18-cv-00902 |
| 57 | Baez | Maria | Bachus & Schanker, LLC | 2:19-cv-12307 |
| 58 | Barbosa | Yelena | Bachus & Schanker, LLC | 2:20-cv-00297 |
| 59 | Bester | Janet | Bachus & Schanker, LLC | 2:19-cv-13429 |
| 60 | Bishop | Catherine | Bachus & Schanker, LLC | 2:19-cv-14327 |
| 61 | Bohannon | Mildred | Bachus & Schanker, LLC | 2:17-cv-10654 |
| 62 | Brown | Jacqualyn | Bachus & Schanker, LLC | 2:19-cv-14299 |
| 63 | Campbell | Leonora | Bachus & Schanker, LLC | 2:18-cv-13360 |
| 64 | Cardwell | Shirley | Bachus & Schanker, LLC | 2:20-cv-00606 |
| 65 | Carrington | Randa | Bachus & Schanker, LLC | 2:19-cv-13430 |
| 66 | Carter | Brenda | Bachus & Schanker, LLC | 2:19-cv-14312 |
| 67 | Casas | Maria | Bachus & Schanker, LLC | 2:20-cv-00779 |
| 68 | Charles | Aldonia | Bachus & Schanker, LLC | 2:19-cv-13728 |

| 69 | Chupp | Cheryl | Bachus & Schanker, LLC | 2:19-cv-14357 |
| --- | --- | --- | --- | --- |
| 70 | Cole | Velma | Bachus & Schanker, LLC | 2:18-cv-02867 |
| 71 | Dennis | Felicia | Bachus & Schanker, LLC | 2:19-cv-13081 |
| 72 | Dimartino | Lori | Bachus & Schanker, LLC | 2:20-cv-00306 |
| 73 | Dolan Corallo | Dolores | Bachus & Schanker, LLC | 2:19-cv-14196 |
| 74 | Entriken | Julie | Bachus & Schanker, LLC | 2:20-cv-01118 |
| 75 | Ferguson | Linda | Bachus & Schanker, LLC | 2:18-cv-11830 |
| 76 | Figueroa | Nellie | Bachus & Schanker, LLC | 2:19-cv-10922 |
| 77 | Fitch | Endya | Bachus & Schanker, LLC | 2:19-cv-14201 |
| 78 | Gamble | Yvonne | Bachus & Schanker, LLC | 2:20-cv-00309 |
| 79 | Golden | Cynthia | Bachus & Schanker, LLC | 2:20-cv-01869 |
| 80 | Grays | Patricia | Bachus & Schanker, LLC | 2:17-cv-10594 |
| 81 | Gullette | Diane | Bachus & Schanker, LLC | 2:19-cv-1417 |
| 82 | Hege | Joann | Bachus & Schanker, LLC | 2:19-cv-1432 |
| 83 | Howell | Antoinette | Bachus & Schanker, LLC | 2:19-cv-13943 |
| 84 | Iacovelli | Patricia | Bachus & Schanker, LLC | 2:19-cv-14151 |
| 85 | Johnson | Leatha | Bachus & Schanker, LLC | 2:19-cv-13640 |
| 86 | Johnson | Shirley | Bachus & Schanker, LLC | 2:18-cv-12254 |
| 87 | Johnson | Yvonne | Bachus & Schanker, LLC | 2:19-cv-14218 |
| 88 | Jones | Deborah | Bachus & Schanker, LLC | 2:17-cv-08133 |
| 89 | Jones | Donna | Bachus & Schanker, LLC | 2:19-cv-13777 |
| 90 | Jones | Esther | Bachus & Schanker, LLC | 2:19-cv-10917 |
| 91 | Jones | Shirley | Bachus & Schanker, LLC | 2:16-cv-17103 |

| 92 | Klahn | Anne | Bachus & Schanker, LLC | 2:20-cv-00329 |
|---|---|---|---|---|
| 93 | Kohlmayer | Denise | Bachus & Schanker, LLC | 2:19-cv-14216 |
| 94 | Lawrence | Barbara | Bachus & Schanker, LLC | 2:17-cv-00263 |
| 95 | Leavell | Lolitta | Bachus & Schanker, LLC | 2:19-cv-14129 |
| 96 | Leith | Melissa | Bachus & Schanker, LLC | 2:16-cv-15286 |
| 97 | Lencrerot | Pam | Bachus & Schanker, LLC | 2:19-cv-00365 |
| 98 | Lewis | Barbara | Bachus & Schanker, LLC | 2:18-cv-01462 |
| 99 | Maietta | Holly | Bachus & Schanker, LLC | 2:20-cv-01215 |
| 100 | Mitchell | Gloria | Bachus & Schanker, LLC | 2:20-cv-00302 |
| 101 | Moore | Linda | Bachus & Schanker, LLC | 2:17-cv-09539 |
| 102 | Morgan | Gloria | Bachus & Schanker, LLC | 2:20-cv-00295 |
| 103 | Mubarak | Taufiqah | Bachus & Schanker, LLC | 2:19-cv-14190 |
| 104 | Murphy | Adrienne | Bachus & Schanker, LLC | 2:19-cv-14287 |
| 105 | Myers | Betty | Bachus & Schanker, LLC | 2:19-cv-13547 |
| 106 | Newton | Lorraine | Bachus & Schanker, LLC | 2:17-cv-06288 |
| 107 | Nichols | Brenda | Bachus & Schanker, LLC | 2:19-cv-14031 |
| 108 | Partee | Vicki | Bachus & Schanker, LLC | 2:19-cv-14259 |
| 109 | Peterson | Kathy | Bachus & Schanker, LLC | 2:20-cv-00291 |
| 110 | Pryce | Virginia | Bachus & Schanker, LLC | 2:19-cv-13617 |
| 111 | Purrell-Barry | Marcia | Bachus & Schanker, LLC | 2:19-cv-14177 |
| 112 | Regrut | Thelma | Bachus & Schanker, LLC | 2:19-cv-14022 |
| 113 | Reid | Faith | Bachus & Schanker, LLC | 2:19-cv-13963 |
| 114 | Reilly | Coralia | Bachus & Schanker, LLC | 2:19-cv-14339 |

| 115 | Rossorelli | Jennifer | Bachus & Schanker, LLC | 2:19-cv-13365 |
| --- | --- | --- | --- | --- |
| 116 | Serio | Judith | Bachus & Schanker, LLC | 2:19-cv-14128 |
| 117 | Sherman | Janice | Bachus & Schanker, LLC | 2:17-cv-09672 |
| 118 | Smiley | Benita | Bachus & Schanker, LLC | 2:19-cv-13289 |
| 119 | Snyder | Diana | Bachus & Schanker, LLC | 2:19-cv-12337 |
| 120 | Souza-Roy | Garla | Bachus & Schanker, LLC | 2:19-cv-13493 |
| 121 | Stoner | Charlotte | Bachus & Schanker, LLC | 2:19-cv-14075 |
| 122 | Thompson | Brenda | Bachus & Schanker, LLC | 2:19-cv-14265 |
| 123 | Threet | Terri | Bachus & Schanker, LLC | 2:20-cv-01871 |
| 124 | West | Clementine | Bachus & Schanker, LLC | 2:19-cv-14159 |
| 125 | White | Flame | Bachus & Schanker, LLC | 2:19-cv-13802 |
| 126 | Wilson | Joretha | Bachus & Schanker, LLC | 2:19-cv-12308 |